UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: Michael K Henneberry

CASE NO: 10-41993

NOTICE OF CHANGE OF ADDRESS FOR
PAYMENTS FROM CHAPTER 13 TRUSTEE

    Bank of America N.A. ("Creditor") hereby gives notice that all presently held or future payments to the Creditor for the Court claim number(s) 6 from the Chapter 13 Trustee should be sent to the following address:

**OLD ADDRESS:**

Bank of America
7105 Corporate Drive
Plano TX 75024

**NEW ADDRESS:**

Bank of America Retail Payment Services
P.O. Box 660933
Dallas, Texas 75266-0933

/s/ Dean R. Prober
As Agent for Creditor

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2014, a copy of the foregoing document was served on the following by ECF:

Trustee:
Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

/s/ Amy Li